49 A.3d 877

IN THE MATTER OF SERGIO RAFAEL PASTOR, AN ATTORNEY AT LAW (ATTORNEY NO. 031121997).

August 28, 2012.

## ORDER

The Office of Attorney Ethics having filed a petition with the Court pursuant to *Rule* 1:20–3(g)(4) and *Rule* 1:20–11(a), seeking the immediate temporary suspension from practice of **SERGIO RAFAEL PASTOR of CRANFORD**, who was admitted to the bar of this State in 2001, and good cause appearing;

It is ORDERED that **SERGIO RAFAEL PASTOR** is temporarily suspended from the practice of law, effective immediately and until the further Order of this Court; and it is further

ORDERED that **SERGIO RAFAEL PASTOR** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that all funds, if any, currently existing or hereinafter deposited in any New Jersey financial institution maintained by **SERGIO RAFAEL PASTOR** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court; and it is further

ORDERED that **SERGIO RAFAEL PASTOR** comply with *Rule* 1:20–20 dealing with suspended attorneys.